ACCEPTED
06-15-00131-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/4/2015 8:59:34 AM
DEBBIE AUTREY
CLERK

## No. 06-15-00131-CR

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE SIXTH** |
| | § | |
| **VS.** | § | **COURT OF APPEALS** |
| | § | |
| **MELISSA POOL** | § | **SITTING IN TEXARKANA, TX** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/4/2015 8:59:34 AM
DEBBIE AUTREY
Clerk

## MOTION FOR EXTENTION OF TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

MELISSA POOL, Appellant, moves for an extension of SIXTY (60) days in which to file Appellant's Brief, pursuant to Tex. R. App. P. 10.5(b), 38.6(d) and shows:

### I.

Appellant was convicted on June 30, 2015 and sentenced to 30 days in jail in the County Court at Law No. 2 of McLennan in the STATE vs. MELISSA POOL, Cause No. 2015-0550-CR2. Lead counsel for the state at trial was Aubrey Robertson. Appellant's brief is due on November 4, 2015.

The undersigned counsel has had insufficient time to finish the work on his appeal due to a full case load in the practice of trial law. Appellate counsel received the trial transcripts on October 20, 2015. Thus more time is needed to adequately research and write the brief, so that the Appellant has fair and effective representation on appeal. Therefore, counsel requests another SIXTY (60) days in which to file the appellate brief.

### II.

The additional time request is not sought solely for delay, nor sought frivolously, but will be of genuine assistance to Appellant's attorney in preparing Appellant's brief. This is the first extension sought.

### III.

The undersigned attorney spoke with the attorney for the State on appeal, Gabe Price, and he does not oppose this Motion.

WHEREFORE, Appellant prays that the Court grant this Motion and modify and extend the deadline for filing Appellant's brief to January 4, 2016.

Respectfully submitted,

_____/s/ Christopher L King_____

**Christopher L King**
State Bar No. 24088864
One Liberty Place
100 N. 6th Street, Suite 902
Waco, Texas 76701
*Phone (254) 717-8600*
*Fax (254) 313-3200*


## CERTIFICATE OF CONFERENCE

The undersigned attorney spoke with the attorney for the State on appeal, Gabe Price, and he does not oppose this Motion.

_____/s/ Christopher L King_____
Christopher L King


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been sent via Electronic Mail to Abel Reyna, Criminal District Attorney for McLennan County, on November 3, 2015.

_____/s/ Christopher L King_____

**Christopher L King**
State Bar No. 24088864
One Liberty Place
100 N. 6th Street, Suite 902
Waco, Texas 76701
*Phone (254) 717-8600*
*Fax (254) 313-3200*